## Moody *v.* Mossey, Appellant.

*Deed—Note to deed.*

Where a deed grants land to the grantee and his heirs, an "N. B." following the signatures and above the acknowledgment stating that the land is not to be sold by the grantee, but is to descend to his heirs by his wife, will not be considered a part of the deed.

Argued Nov. 2, 1908. Appeal, No. 226, Oct. T., 1908, by defendant, from judgment of C. P. No. 4, Allegheny Co., Fourth Term, 1908, No. 437, on case stated in suit of John Moody, Executor of the last Will and Testament of Andrew Stewart, v. James Mossey. Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER and ELKIN, JJ. Affirmed.

Case stated to determine marketable title to real estate.

The case turned upon whether a nota bene in the record of an ancient deed was a part of the deed.

The deed in question was as follows:

"This indenture made the twenty-second day of September in the year of our Lord One Thousand Seven Hundred and Ninety-eight. Between Charles Quinn and Elizabeth, his wife, of Robenson Township, in the County of Washington and State of Pennsylvania, of the one part, and John Stewart of Moon Township, in the County of Allegheny and State aforesaid, of the other part.

"Witnesseth:—etc., . . . ."

"In testimony whereof the said Charles Quinn and Elizabeth his wife, have hereuno set their hands and affixed their seals the day and year first above written (1798).

Signed, sealed and acknowledged in the presence of
WILLIAM LITTELL,
WILLIAM SHITE.

CHARLES $\overset{\text{his}}{\underset{\text{mark}}{\times}}$ QUIN [SEAL]

ELIZABETH $\overset{\text{her}}{\underset{\text{mark}}{\times}}$ QUIN [SEAL]

"N. B. The above described piece of ground is not to be sold by John Stewart, but to descend from to his heirs by his

wife Margaret Quin, now Stewart, it being given to said Stewart as a portion with his wife Margaret.

"ALLEGHENY COUNTY, ss.:

"Personally came Charles Quinn and Elizabeth his wife, and acknowledged the above indenture to be their Act and Deed and desired that the same be recorded as such.

"Witness my hand and seal this 8th day of November, in the year of our Lord one thousand seven hundred ninety-eight.

"[L. S.]  WILLIAM LITTELL.

"Recorded the 5th day of December, A. D. 1798."

SWEARINGEN, J., filed the following opinion:

We do not think that the "N. B." attached to exhibit "A" in the case stated is part of the deed from Charles Quinn et ux to John Stewart, dated September 22, 1798; and, therefore, judgment should be entered in favor of the plaintiff and against defendant—amount to be liquidated by the prothonotary.

Let judgment be entered accordingly.

*Error assigned* was the judgment of the court.

*Charles T. Moore* for appellant, cited: Ivory v. Burns, 56 Pa. 300; Gray v. Foster, 10 Watts, 280.

*W. H. S. Thomson*, with him *Frank Thomson*, for appellee, were not heard.

PER CURIAM, January 4, 1909:

The judgment is affirmed on the opinion of the court below.